Form 13-1

ORIGINAL

**FORM 13**

FILED WITH THE COURT

04-00604

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10007

LEON I. GORDON, CLERK

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Francis J. Sailer, Lafave & Sailer LLP on behalf of
(Name of attorney of record)

Jakks Pacific, Inc in the matter of Jakks Pacific, Inc v. United States, Court No. (Unassigned).

1. If this statement is submitted on behalf of a corporate party, indicate whether the party is [ ] or is not [X] a subsidiary or affiliate of a publicly-owned corporation. If so, identify below the parent or affiliate and describe the relationship between the party and the parent or affiliate corporation.

Jakks Pacific, Inc. acquired Toymax and Pentech International Inc. in 1998-1999.

2 If the action is one described in 28 U.S.C. §1581(a) or (b), indicate whether the plaintiff is [X] or is not [ ] the ultimate consignee or real party in interest. If not, identify the ultimate consignee or real party in interest.

3 If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

(Signature of Attorney)

Nov. 30, 2004
(Date)

(Added Nov 4, 1981, eff. Jan. 1, 1982)

RECEIVED & FILED
2004 DEC -3 P 1: 13
U.S. COURT OF INTERNATIONAL TRADE
LEO M. GORDON, CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(e) THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING- TO WIT 11/30/04