# UNITED STATES COURT OF INTERNATIONAL TRADE

RESERVE CALENDAR

Jakks Pacific Inc.

Plaintiff,

v.

United States,

Defendant.

Court No. 04-00604

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP (Grunfeld) has been substituted as attorney of record for plaintiff Jakks Pacific Inc. in this action in place of Lafave & Sailer LLP effective April 1, 2006. A copy of the client-signed authorization to change attorneys is attached.

* * * * * * * * * * *

**PLEASE TAKE FURTHER NOTICE** that Francis J. Sailer, formerly of Lafave & Sailer LLP, will continue to appear in this action as attorney of record for plaintiff Jakks Pacific

Inc., as an attorney affiliated with Grunfeld and requests that all papers in connection with this action be served upon him.

Dated: April 14, 2006

Grunfeld, Desiderio, Lebowitz, Silverman &
Klestadt LLP
Suite 650
1201 New York Ave., N.W.
Washington, D.C. 20005
202-783-6881

By: S/ Francis J. Sailer
Francis J. Sailer

## CERTIFICATE OF SERVICE

I, Xinli Wang, employed by Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP, hereby certify that, on April 14, 2006, the attached notice of substitution of attorney was served via first-class mail, postage prepaid, on the following parties:

James A. Curley, Esq.
International Trade Field Office
U.S. Department of Justice
Room 346
26 Federal Plaza
New York, NY 10278

/s/ Xinli Wang
Xinli Wang

JAKKS Pacific inc.®
corporate office
22619 Pacific Coast Highway, Suite 250
Malibu . California . 90265
T 310 456 7799 F 310 317 8527

March 17, 2006

Lafave & Sailer LLP
1730 Rhode Island Ave., N.W.
Washington, D.C. 20036

Re: Transfer of Files

Dear Sirs:

It is our understanding that Lafave & Sailer LLP will be effectively merged into Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP (Grunfeld firm) effective April 1, 2006. It is our desire that Francis J. Sailer continue to represent JAKKS Pacific, Inc. with respect to all matters, including all antidumping and customs matters, previously handled by Lafave & Sailer LLP on our behalf.

You are authorized and requested to release to Francis J. Sailer and the Grunfeld firm all files relating to the past and current representation of our company in these matters.

This will constitute our notice that we are terminating our agreements for advisory services with Lafave & Sailer LLP in connection with all matters involving our company effective on the date of the dissolution of Lafave & Sailer LLP. Please transfer to the Grunfeld firm all outstanding retainer balances for these matters after deducting funds for fees incurred up to the date of the dissolution of Lafave & Sailer LLP. You are authorized to bill us separately for any expenses and disbursements incurred on these matters up to the date of such dissolution in accordance with the terms of those agreements.

Sincerely,

Michael G. Dwyer
Michael G. Dwyer
Vice President –Legal & Human Resources
JAKKS Pacific, Inc.

cc: Francis J. Sailer