**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Jakks Pacific, Inc.<br>Plaintiff,<br>v.<br>United States,<br>Defendant. | Court No. 04-00604 |

**ORDER**

Upon reading and filing of the consent motion of the plaintiff, Jakks Pacific, Inc , to extend the time for this action to remain on the reserve calendar, and upon all other papers and proceedings herein, it is hereby

ORDERED, that Plaintiffs' motion is hereby granted, and it is further

ORDERED, that this case will be maintained on the reserve calendar until August 31, 2006, unless further extended or otherwise disposed of pursuant to an order of this Court.

____________________
Judge

Dated: ________________, 2006
New York, New York

Pursuant to Rule 82(b)(1) the above motion is Granted.
Date: 5/24/06

Clerk of the Court.
BY: Geoffrey Goell
Deputy Clerk

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service

Louis Tumminia, Jr
Acting Clerk of the Court

Date 5/24/06

By Geoffrey Goell
Deputy Clerk